United States District Court
Southern District of Texas
**ENTERED**
December 07, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES JONES, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. 4:16-cv-01701 |
| § | |
| WOODSPRING SUITES LLC F/K/A VALUE § | |
| PLACE LLC AND VALUE PLACE § | |
| PROPERTY MANAGEMENT LLC § | |
| § | |
| Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the parties' Joint Stipulation of Dismissal With Prejudice came on for consideration by the Court. According to the Joint Stipulation, the parties have stipulated, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this matter shall be dismissed with prejudice. Therefore,

IT IS ORDERED, ADJUDGED AND DECREED that this suit, and all of the Plaintiff's claims and causes of action against the Defendants are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all attorneys' fees and costs of Court are to be borne by the parties incurring the same.

SIGNED THE 7th day of December, 2016.

UNITED STATES DISTRICT COURT JUDGE